

AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JUDGMENT IN A CIVIL CASE

KIM BLANDINO,

    Petitioner,

V.                                                                CV-S-97-1255-PMP(RJJ)

MILES LONG, et al,

    Respondents.

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

_X_ **Decision by Court.** This action came to be considered by the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the petition for writ of Habeas Corpus is DENIED. Judgment is hereby entered in favor of the respondents, Miles Long, et al, and against the petitioner, Kim Blandino.

September 18, 2002

LANCE S. WILSON
Clerk of the Court

_Grace Walters_
(By) Deputy Clerk